# EXHIBIT A

Case Number: PC-2021-06472
Filed in Providence/Bristol County Superior Court
Submitted: 10/18/2021 10:34 AM
Envelope: 3325451
Reviewer: Victoria H

Case 1:22-cv-00078-JJM-PAS   Document 1-1   Filed 02/16/22   Page 2 of 24 PageID #: 9

**STATE OF RHODE ISLAND**                           **SUPERIOR COURT**
**PROVIDENCE COUNTY, S.C.**

---

**NURYS D. VENTURA,**
     **Plaintiff**

**V.**                                              **CA NO.: PC-2021-**

**ROBERT TURNER; RASIER, LLC;**
**and UBER TECHNOLOGIES, INC.**
     **Defendants**

---

## COMPLAINT

### PARTIES

1. Plaintiff, Nurys D. Ventura, at all times material hereto is a resident of the City of Providence, Providence County, in the State of Rhode Island.

2. Defendant, Robert Turner, at all times material hereto and upon information and belief, is a resident of the Town of Norton, Bristol County, in the Commonwealth of Massachusetts.

3. The Defendant, Rasier, LLC upon information and belief, is a Foreign Limited Liability Company organized and existing under the laws of the State of Delaware and registered to do business within the State of Rhode Island, which at all times relevant hereto owned, operated, and maintained a ride-for-hire service company.

4. The Defendant, Uber Technologies, Inc., upon information and belief, is a Corporation organized and existing under the laws of the State of Delaware with a principal place of business in California, which at all times relevant hereto owned, operated, and maintained a ride-for-hire service company.

### COUNT I: ROBERT TURNER

5. Plaintiff hereby incorporates and re-alleges the above paragraphs.

6. On or about October 29, 2018, the Plaintiff, Nurys D. Ventura, was operating a motor vehicle on Canal Street in the City of Providence, County of Providence, State of Rhode Island when suddenly and without warning she was struck by a vehicle operated by Defendant, Robert Turner who was traveling west on Park Row and did not stop at the stop sign at the intersection of Canal Street and Park Row.

7. The Plaintiff was at all times pertinent to this Complaint in the exercise of due care.

1

8.  On or about October 29, 2018, the Defendant, Robert Turner, operated said motor vehicle in a negligent and/or reckless manner, which negligent and/or reckless operation caused the Defendant, Robert Turner's, motor vehicle to collide with Plaintiff's vehicle.

9.  As a direct and proximate result of said negligence and carelessness of the Defendant, Robert Turner, the Plaintiff, Nurys D. Ventura, sustained severe, permanent, personal injuries which incapacitated her; she has been prevented and will continue to be prevented from carrying on her usual activities; she suffered a loss of homemaker services; she suffered, presently suffers and will in the future suffer great pain of body and mind; she incurred, is continuing to incur and will in the future incur great expenses for medical and hospital care and attention, she has sustained, and in the future will sustain a loss of earnings, salary or wages; and was otherwise damaged.

**WHEREFORE**, the Plaintiff, Nurys D. Ventura, demands judgment against the Defendant, Robert Turner, jointly and severally, in an amount sufficient to sustain the jurisdiction of the Superior Court and to be determined by the trier of fact for compensatory damages plus interest and costs.

## <u>COUNT II: RASIER, LLC</u>

10. Plaintiffs hereby incorporate and re-allege the above paragraphs.

11. On or about October 29, 2018, the Defendant, Robert Turner was operating as an agent, servant and/or employee of Defendant Rasier, LLC.

12. On or about October 29, 2018, the Defendant, Rasier, LLC, held itself out as a ride-for-hire service available to patrons through their proprietary electronic platform available for download on mobile phones and other electronic devices (hereinafter the "Uber app").

13. On or about October 29, 2018, Co-Defendant, Robert Turner, was engaged with the ride-for-hire services of Defendant Rasier, LLC and was to be paid for his services through the Uber app.

14. On or about October 29, 2018, the Defendant, Rasier, LLC had hired and/or trained Defendant Robert Turner in a negligent and/or reckless manner, which negligent and/or reckless hiring and/or training caused the Defendant, Robert Turner's, motor vehicle to collide with Plaintiff's motor vehicle.

15. On or about October 29, 2018, the Defendant, Rasier, LLC had distracted Defendant Robert Turner in a negligent and/or reckless manner, which negligent and/or reckless distraction caused the Defendant, Robert Turner's, motor vehicle to collide with Plaintiff's motor vehicle.

16. As a direct and proximate result of said negligence and carelessness of the Defendant, Rasier, LLC, the Plaintiff, Nurys D. Ventura, sustained severe, permanent, personal

Case Number: PC-2021-06472
Filed in Providence/Bristol County Superior Court
Submitted: 10/18/2021 10:34 AM
Envelope: 3325451
Reviewer: Victoria H

Case 1:22-cv-00078-JJM-PAS   Document 1-1   Filed 02/16/22   Page 4 of 24 PageID #: 11

injuries which incapacitated her; she has been prevented and will continue to be prevented from carrying on her usual activities; she suffered a loss of homemaker services; she suffered, presently suffers and will in the future suffer great pain of body and mind; she incurred, is continuing to incur and will in the future incur great expenses for medical and hospital care and attention, she has sustained, and in the future will sustain a loss of earnings, salary or wages; and was otherwise damaged.

**WHEREFORE**, the Plaintiff, Nurys D. Ventura, demands judgment against the Defendant, Rasier, LLC, jointly and severally, in an amount sufficient to sustain the jurisdiction of the Superior Court and to be determined by the trier of fact for compensatory damages plus interest and costs.

## COUNT III: UBER TECHNOLOGIES, INC.

17. Plaintiff hereby incorporates and re-alleges the above paragraphs.

18. On or about October 29, 2018, the Co-Defendant, Robert Turner, was operating as an agent, servant and/or employee of Defendant Uber Technologies, Inc.

19. On or about October 29, 2018, the Defendant, Uber Technologies, Inc., held itself out as a ride-for-hire service available to patrons through their proprietary electronic platform available for download on mobile phones and other electronic devices (hereinafter the "Uber app").

20. On or about October 29, 2018, Co-Defendant, Robert Turner, was engaged with the ride-for-hire services of Defendant, Uber Technologies, Inc. and was to be paid for his services through the Uber app.

21. On or about October 29, 2018, the Defendant, Uber Technologies, Inc. had hired and/or trained Co-Defendant, Robert Turner in a negligent and/or reckless manner, which negligent and/or reckless hiring and/or training caused the Co-Defendant, Robert Turner's, motor vehicle to collide with Plaintiff's vehicle.

22. On or about October 29, 2018, the Defendant, Uber Technologies, Inc. distracted Co-Defendant, Robert Turner in a negligent and/or reckless manner, which negligent and/or reckless distraction caused the Co-Defendant, Robert Turner's motor vehicle to collide with Plaintiff's vehicle.

23. As a direct and proximate result of said negligence and carelessness of the Defendant, Uber Technologies, Inc., the Plaintiff, Nurys D. Ventura, sustained severe, permanent, personal injuries which incapacitated her; she has been prevented and will continue to be prevented from carrying on her usual activities; she suffered a loss of homemaker services; she suffered, presently suffers and will in the future suffer great pain of body and mind; she incurred, is continuing to incur and will in the future incur great expenses for medical and hospital care and attention, she has sustained, and in the future will sustain a loss of earnings, salary or wages; and was otherwise damaged.

3

**WHEREFORE**, the Plaintiff, Nurys D. Ventura, demands judgment against the Defendant, Uber Technologies, Inc., jointly and severally, in an amount sufficient to sustain the jurisdiction of the Superior Court and to be determined by the trier of fact for compensatory damages plus interest and costs.

Respectfully submitted,
Plaintiff,
By her Attorneys,

/s/ *Thomas L. Moran* _____
Thomas L. Moran, Esq. (#9416)
Marasco & Nesselbush, LLP
685 Westminster Street
Providence, RI 02903
Tel: (401) 274-7400
Fax: (401) 274-7404
E-Mail: tmoran@m-n-law.com

Dated: 10/18/21 _____

**A TRIAL BY JURY IS DEMANDED UPON ALL ISSUES**

**STATE OF RHODE ISLAND**              **SUPERIOR COURT**
**PROVIDENCE COUNTY, S.C.**

---

**NURYS D. VENTURA,**

       **Plaintiff**

**V.**

**ROBERT TURNER, RASIER, LLC**             **CA NO.: PC-2021-06472**
**AND UBER TECHNOLOGIES, INC.**

       **Defendant**

---

### PLAINTIFF HEREBY DEMANDS A TRIAL BY JURY

Respectfully submitted,
Plaintiff,
By her Attorney,

/s/ *Thomas L. Moran*
Thomas L. Moran, Esq. (#9416)
Marasco & Nesselbush, LLP
685 Westminster Street
Providence, RI 02903
Tel: (401) 274-7400
Fax: (401) 274-7404
E-Mail: tmoran@m-n-law.com

DATED: 10/18/21

Case 1:22-cv-00078-JJM-PAS   Document 1-1   Filed 02/16/22   Page 7 of 24 PageID #: 14

**Hearing Date: February 17, 2022**

**STATE OF RHODE ISLAND**       **SUPERIOR COURT**
**PROVIDENCE COUNTY, S.C.**

---

**NURYS D. VENTURA,**
   **Plaintiff**

**V.**              **CA NO.: PC-2021-06472**

**ROBERT TURNER; RASIER, LLC;**
**and UBER TECHNOLOGIES, INC.,**
   **Defendants**

---

<u>**MOTION TO EXTEND TIME TO SERVE**</u>

  Now come the Plaintiff, Nurys D. Ventura, pursuant to Superior Court R. Civ. Proc. 6(b)(1), and respectfully requests this Honorable Court for an order extending the time in which it may effect service of process upon the Defendant, Robert Turner for One Hundred Twenty (120) days.

  The Complaint was filed on October 18, 2021. The One Hundred Twenty (120) days prescribed in *Superior Court R. Civ. Proc. 4(l)* will expire on February 15, 2022. Plaintiff has encountered difficulty locating and serving the Defendant, Robert Turner, to date.  We have attempted to serve defendant Turner on two occasions at two different addresses.  We had a constable attempt to serve the summons and complaint at the following three addresses between late October and January:

   • 212 Plain Street, Norton, MA 02766
   • 29 Taylor Road, Johnston, RI 02919

Each time the constable was unable to serve the Complaint and Summons due to the defendant Turner no longer lived at the address.

  Therefore, Plaintiff respectfully requests that service be permitted beyond the 120 days prescribed in Rule 4(l), for an additional One Hundred Twenty (120) days, that is until June 15, 2022. This Motion was filed prior to the expiration of the original service period and this is Plaintiffs first such extension request.

Case Number: PC-2021-06472
Filed in Providence/Bristol County Superior Court
Submitted: 2/7/2022 3:33 PM
Envelope: 3477248
Reviewer: Victoria H

Case 1:22-cv-00078-JJM-PAS   Document 1-1   Filed 02/16/22   Page 8 of 24 PageID #: 15

Respectfully submitted,
Plaintiff,
By her Attorneys,

/s/  *Thomas L. Moran*_____
Thomas L. Moran, Esq. (#9416)
Marasco & Nesselbush, LLP
685 Westminster Street
Providence, RI 02903
Tel: (401) 274-7400
Fax: (401) 274-7404
E-Mail: tmoran@m-n-law.com

## **NOTICE**

Please take notice that the within Motion to Extend Time for Service will be called for hearing on the 17th day of February 2022 before a Justice of the Superior Court.
/s/ Thomas L. Moran

## **CERTIFICATION**

I hereby certify that, on the 7th day of February, 2022:

☒ I filed this document through the electronic filing system.

/s/ Justyna Ramian

Case Number: PC-2021-06472
Filed in Providence/Bristol County Superior Court
Submitted: 2/7/2022 3:33 PM
Envelope: 3477248
Reviewer: Victoria H



# STATE OF RHODE ISLAND

## SUPERIOR COURT

## SUMMONS

| | |
|---|---|
| | **Civil Action File Number**<br>PC-2021-06472 |
| **Plaintiff**<br>Nurys Ventura<br><br>v.<br><br>Robert Turner et al.<br>**Defendant** | **Attorney for the Plaintiff or the Plaintiff**<br>Thomas L. Moran |
| | **Address of the Plaintiff's Attorney or the Plaintiff**<br>685 WESTMINSTER STREET<br>PROVIDENCE RI  02903 |
| Licht Judicial Complex<br>Providence/Bristol County<br>250 Benefit Street<br>Providence RI  02903<br>(401) 222-3250 | **Address of the Defendant**<br>212 Plain Street<br>Norton MA  02766-2406 |

**TO THE DEFENDANT, Robert Turner:**

The above-named Plaintiff has brought an action against you in said Superior Court in the county indicated above. You are hereby summoned and required to serve upon the Plaintiff's attorney, whose address is listed above, an answer to the complaint which is herewith served upon you within twenty (20) days after service of this Summons upon you, exclusive of the day of service.

If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  Your answer must also be filed with the court.

As provided in Rule 13(a) of the Superior Court Rules of Civil Procedure, unless the relief demanded in the complaint is for damage arising out of your ownership, maintenance, operation, or control of a motor vehicle, or unless otherwise provided in Rule 13(a), your answer must state as a counterclaim any related claim which you may have against the Plaintiff, or you will thereafter be barred from making such claim in any other action.

| | |
|---|---|
| This Summons was generated on 10/18/2021. | /s/ Stephen Burke<br>Clerk |

Witness the seal/watermark of the Superior Court

SC-CMS-1 (revised July 2020)



# STATE OF RHODE ISLAND

## SUPERIOR COURT

| **Plaintiff** | **Civil Action File Number** |
|---|---|
| Nurys Ventura | PC-2021-06472 |
| v. | |
| Robert Turner et al. | |
| **Defendant** | |

---

### PROOF OF SERVICE

I hereby certify that on the date below I served a copy of this Summons, complaint, Language Assistance Notice, and all other required documents received herewith upon the Defendant, Robert Turner, by delivering or leaving said papers in the following manner:

☐ With the Defendant personally.

☐ At the Defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person of suitable age and discretion _____

Address of dwelling house or usual place of abode _____

_____

Age _____

Relationship to the Defendant _____

☐ With an agent authorized by appointment or by law to receive service of process.

Name of authorized agent _____

If the agent is one designated by statute to receive service, further notice as required by statute was given as noted below.

_____

☐ With a guardian or conservator of the Defendant.

Name of person and designation _____

☐ By delivering said papers to the attorney general or an assistant attorney general if serving the state.

☐ Upon a public corporation, body, or authority by delivering said papers to any officer, director, or manager.

Name of person and designation _____

Page 1 of 2



# STATE OF RHODE ISLAND

## SUPERIOR COURT

Upon a private corporation, domestic or foreign:

☐ By delivering said papers to an officer or a managing or general agent.
   Name  of person and designation _____

☐ By leaving said papers at the office of the corporation with a person employed therein.
   Name  of person and designation _____

☐ By delivering said papers to an agent authorized by appointment or by law to receive service of process.
Name of authorized agent _____

If the agent is one designated by statute to receive service, further notice as required by statute was given as noted below.

_____

☐ I was unable to make service after the following reasonable attempts: _____

_____

| SERVICE DATE: _____ / _____ / _____ <br> Month   Day   Year | SERVICE FEE $ _____ |
|---|---|

Signature of SHERIFF or DEPUTY SHERIFF or CONSTABLE


SIGNATURE OF PERSON OTHER THAN A SHERIFF or DEPUTY SHERIFF or CONSTABLE MUST BE NOTARIZED.

_____

 Signature

State of _____

County of _____

On this _____ day of _____, 20____, before me, the undersigned notary public, personally appeared _____ ☐ personally known to the notary or ☐ proved to the notary through satisfactory evidence of identification, which was _____, to be the person who signed above in my presence, and who swore or affirmed to the notary that the contents of the document are truthful to the best of his or her knowledge.

Notary Public: _____
My commission expires: _____
Notary identification number: _____

Page 2 of 2

SC-CMS-1 (revised July 2020)



# STATE OF RHODE ISLAND

## SUPERIOR COURT

## SUMMONS

| | |
|---|---|
| | **Civil Action File Number**<br>PC-2021-06472 |
| **Plaintiff**<br>Nurys Ventura<br> v.<br>Robert Turner et al.<br>**Defendant** | **Attorney for the Plaintiff or the Plaintiff**<br>Thomas L. Moran |
| | **Address of the Plaintiff's Attorney or the Plaintiff**<br>685 WESTMINSTER STREET<br>PROVIDENCE RI  02903 |
| Licht Judicial Complex<br>Providence/Bristol County<br>250 Benefit Street<br>Providence RI  02903<br>(401) 222-3250 | **Address of the Defendant**<br>c/o Registered Agent CT Corporation System<br>450 Veterans Memorial Parkway Suite 7A<br>East Providence RI  94158 |

**TO THE DEFENDANT, Rasier, LLC:**

The above-named Plaintiff has brought an action against you in said Superior Court in the county indicated above. You are hereby summoned and required to serve upon the Plaintiff's attorney, whose address is listed above, an answer to the complaint which is herewith served upon you within twenty (20) days after service of this Summons upon you, exclusive of the day of service.

If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  Your answer must also be filed with the court.

As provided in Rule 13(a) of the Superior Court Rules of Civil Procedure, unless the relief demanded in the complaint is for damage arising out of your ownership, maintenance, operation, or control of a motor vehicle, or unless otherwise provided in Rule 13(a), your answer must state as a counterclaim any related claim which you may have against the Plaintiff, or you will thereafter be barred from making such claim in any other action.

| | |
|---|---|
| This Summons was generated on 10/18/2021. | /s/ Stephen Burke<br>Clerk |

Witness the seal/watermark of the Superior Court

SC-CMS-1 (revised July 2020)



# STATE OF RHODE ISLAND

## SUPERIOR COURT

| | |
|---|---|
| **Plaintiff**<br>Nurys Ventura<br> v.<br>Robert Turner et al.<br>**Defendant** | **Civil Action File Number**<br>PC-2021-06472 |

---

### PROOF OF SERVICE

I hereby certify that on the date below I served a copy of this Summons, complaint, Language Assistance Notice, and all other required documents received herewith upon the Defendant, Rasier, LLC, by delivering or leaving said papers in the following manner:

☐ With the Defendant personally.

☐ At the Defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person of suitable age and discretion _____

Address of dwelling house or usual place of abode _____

_____

Age _____

Relationship to the Defendant _____

☐ With an agent authorized by appointment or by law to receive service of process.

Name of authorized agent _____

If the agent is one designated by statute to receive service, further notice as required by statute was given as noted below.

_____

☐ With a guardian or conservator of the Defendant.

Name of person and designation _____

☐ By delivering said papers to the attorney general or an assistant attorney general if serving the state.

☐ Upon a public corporation, body, or authority by delivering said papers to any officer, director, or manager.

Name of person and designation _____

Page 1 of 2

SC-CMS-1 (revised July 2020)



# STATE OF RHODE ISLAND

## SUPERIOR COURT

Upon a private corporation, domestic or foreign:

☐ By delivering said papers to an officer or a managing or general agent.
   Name  of person and designation _____

☐ By leaving said papers at the office of the corporation with a person employed therein.
   Name  of person and designation _____

☐ By delivering said papers to an agent authorized by appointment or by law to receive service of process.
   Name of authorized agent _____
   If the agent is one designated by statute to receive service, further notice as required by statute was given as noted below.
   _____

☐ I was unable to make service after the following reasonable attempts: _____
_____
_____

| SERVICE DATE: _____/_____/_____ | SERVICE FEE $ _____ |
| Month     Day     Year | |

Signature of SHERIFF or DEPUTY SHERIFF or CONSTABLE

SIGNATURE OF PERSON OTHER THAN A SHERIFF or DEPUTY SHERIFF or CONSTABLE MUST BE NOTARIZED.

_____

 Signature

State of _____

County of _____

   On this _____ day of _____, 20____, before me, the undersigned notary public, personally appeared _____ ☐ personally known to the notary or ☐ proved to the notary through satisfactory evidence of identification, which was _____, to be the person who signed above in my presence, and who swore or affirmed to the notary that the contents of the document are truthful to the best of his or her knowledge.

                    Notary Public: _____
                    My commission expires: _____
                    Notary identification number: _____

Page 2 of 2

SC-CMS-1 (revised July 2020)



# STATE OF RHODE ISLAND

## SUPERIOR COURT

### SUMMONS

| | |
|---|---|
| | **Civil Action File Number**<br>PC-2021-06472 |
| **Plaintiff**<br>Nurys Ventura<br> v.<br>Robert Turner et al.<br>**Defendant** | **Attorney for the Plaintiff or the Plaintiff**<br>Thomas L. Moran |
| | **Address of the Plaintiff's Attorney or the Plaintiff**<br>685 WESTMINSTER STREET<br>PROVIDENCE RI  02903 |
| Licht Judicial Complex<br>Providence/Bristol County<br>250 Benefit Street<br>Providence RI  02903<br>(401) 222-3250 | **Address of the Defendant**<br>c/o Registered Agent CT Corporation System<br>450 Veterans Memorial Parkway Suite 7A RI  02914 |

**TO THE DEFENDANT, Uber Technologies, Inc.:**

The above-named Plaintiff has brought an action against you in said Superior Court in the county indicated above. You are hereby summoned and required to serve upon the Plaintiff's attorney, whose address is listed above, an answer to the complaint which is herewith served upon you within twenty (20) days after service of this Summons upon you, exclusive of the day of service.

If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  Your answer must also be filed with the court.

As provided in Rule 13(a) of the Superior Court Rules of Civil Procedure, unless the relief demanded in the complaint is for damage arising out of your ownership, maintenance, operation, or control of a motor vehicle, or unless otherwise provided in Rule 13(a), your answer must state as a counterclaim any related claim which you may have against the Plaintiff, or you will thereafter be barred from making such claim in any other action.

| | |
|---|---|
| This Summons was generated on 10/18/2021. | /s/ Stephen Burke<br>Clerk |

Witness the seal/watermark of the Superior Court

SC-CMS-1 (revised July 2020)



# STATE OF RHODE ISLAND

# SUPERIOR COURT

| **Plaintiff**<br>Nurys Ventura<br> v.<br>Robert Turner et al.<br>**Defendant** | **Civil Action File Number**<br>PC-2021-06472 |
|---|---|

---

### PROOF OF SERVICE

   I hereby certify that on the date below I served a copy of this Summons, complaint, Language Assistance Notice, and all other required documents received herewith upon the Defendant, Uber Technologies, Inc., by delivering or leaving said papers in the following manner:

☐ With the Defendant personally.

☐ At the Defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person of suitable age and discretion _____

   Address of dwelling house or usual place of abode _____

   _____

   Age _____

   Relationship to the Defendant _____

☐ With an agent authorized by appointment or by law to receive service of process.

   Name of authorized agent _____

   If the agent is one designated by statute to receive service, further notice as required by statute was given as noted below.

   _____

☐ With a guardian or conservator of the Defendant.

   Name  of person and designation _____

☐ By delivering said papers to the attorney general or an assistant attorney general if serving the state.

☐ Upon a public corporation, body, or authority by delivering said papers to any officer, director, or manager.

   Name  of person and designation _____

Page 1 of 2

SC-CMS-1 (revised July 2020)



# STATE OF RHODE ISLAND

## SUPERIOR COURT

Upon a private corporation, domestic or foreign:

☐ By delivering said papers to an officer or a managing or general agent.
Name  of person and designation _____

☐ By leaving said papers at the office of the corporation with a person employed therein.
Name  of person and designation _____

☐ By delivering said papers to an agent authorized by appointment or by law to receive service of process.
Name of authorized agent _____

If the agent is one designated by statute to receive service, further notice as required by statute was given as noted below.

_____

☐ I was unable to make service after the following reasonable attempts: _____

_____

| SERVICE DATE: _____/_____/_____ | SERVICE FEE $_____ |
|---|---|
| Month     Day     Year | |

Signature of SHERIFF or DEPUTY SHERIFF or CONSTABLE

SIGNATURE OF PERSON OTHER THAN A SHERIFF or DEPUTY SHERIFF or CONSTABLE MUST BE NOTARIZED.

_____

Signature

State of _____

County of _____

On this _____ day of _____, 20____, before me, the undersigned notary public, personally appeared _____ ☐ personally known to the notary or ☐ proved to the notary through satisfactory evidence of identification, which was _____, to be the person who signed above in my presence, and who swore or affirmed to the notary that the contents of the document are truthful to the best of his or her knowledge.

Notary Public: _____

My commission expires: _____

Notary identification number: _____

Page 2 of 2

SC-CMS-1 (revised July 2020)



# STATE OF RHODE ISLAND
## SUPERIOR COURT
## SUMMONS



| | |
|---|---|
| | **Civil Action File Number**<br>PC-2021-06472 |
| **Plaintiff**<br>Nurys Ventura | **Attorney for the Plaintiff or the Plaintiff**<br>Thomas L. Moran |
| v. | **Address of the Plaintiff's Attorney or the Plaintiff** |
| Robert Turner et al. | 685 WESTMINSTER STREET |
| **Defendant** | PROVIDENCE RI  02903 |
| Licht Judicial Complex<br>Providence/Bristol County<br>250 Benefit Street<br>Providence RI  02903<br>(401) 222-3250 | **Address of the Defendant**<br>c/o Registered Agent CT Corporation System<br>450 Veterans Memorial Parkway Suite 7A<br>East Providence RI  94158 |

**TO THE DEFENDANT, Rasier, LLC:**

The above-named Plaintiff has brought an action against you in said Superior Court in the county indicated above. You are hereby summoned and required to serve upon the Plaintiff's attorney, whose address is listed above, an answer to the complaint which is herewith served upon you within twenty (20) days after service of this Summons upon you, exclusive of the day of service.

If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Your answer must also be filed with the court.

As provided in Rule 13(a) of the Superior Court Rules of Civil Procedure, unless the relief demanded in the complaint is for damage arising out of your ownership, maintenance, operation, or control of a motor vehicle, or unless otherwise provided in Rule 13(a), your answer must state as a counterclaim any related claim which you may have against the Plaintiff, or you will thereafter be barred from making such claim in any other action.

| | |
|---|---|
| This Summons was generated on 10/18/2021. | /s/ Stephen Burke<br>Clerk |

Witness the seal/watermark of the Superior Court

SC-CMS-1 (revised July 2020)



# STATE OF RHODE ISLAND

## SUPERIOR COURT

| Plaintiff<br>Nurys Ventura<br><br>v.<br>Robert Turner et al.<br>**Defendant** | Civil Action File Number<br>PC-2021-06472 |
|---|---|

---

### PROOF OF SERVICE

I hereby certify that on the date below I served a copy of this Summons, complaint, Language Assistance Notice, and all other required documents received herewith upon the Defendant, Rasier, LLC, by delivering or leaving said papers in the following manner:

☐ With the Defendant personally.

☐ At the Defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person of suitable age and discretion _____

Address of dwelling house or usual place of abode _____

Age _____

Relationship to the Defendant _____

☒ With an agent authorized by appointment or by law to receive service of process.

Name of authorized agent *CI Corp*

If the agent is one designated by statute to receive service, further notice as required by statute was given as noted below.

_____

☐ With a guardian or conservator of the Defendant.

Name of person and designation _____

☐ By delivering said papers to the attorney general or an assistant attorney general if serving the state.

☐ Upon a public corporation, body, or authority by delivering said papers to any officer, director, or manager.

Name of person and designation _____

Page 1 of 2

SC-CMS-1 (revised July 2020)

Case Number: PC-2021-06472
Filed in Providence/Bristol County Superior Court
Submitted: 1/19/2022 3:28 PM
Envelope: 3452637
Reviewer: Victoria H

Case 1:22-cv-00078-JJM-PAS   Document 1-1   Filed 02/16/22   Page 21 of 24 PageID #: 28



# STATE OF RHODE ISLAND

## SUPERIOR COURT

Upon a private corporation, domestic or foreign:

☐ By delivering said papers to an officer or a managing or general agent.
   Name of person and designation _____

☐ By leaving said papers at the office of the corporation with a person employed therein.
   Name of person and designation _____

☐ By delivering said papers to an agent authorized by appointment or by law to receive service of process.
   Name of authorized agent _____
   If the agent is one designated by statute to receive service, further notice as required by statute was given as noted below.
   _____

☐ I was unable to make service after the following reasonable attempts: _____
   _____

SERVICE DATE: _1_ / _18_ / _22_        SERVICE FEE $ _60_
             Month  Day  Year

Signature of SHERIFF or DEPUTY SHERIFF or CONSTABLE _____

SIGNATURE OF PERSON OTHER THAN A SHERIFF or DEPUTY SHERIFF or CONSTABLE MUST BE NOTARIZED.

Signature _____

State of _____

County of _____

**Constable
Robert Serrecchia
Lic. # 6107**

On this _____ day of _____, 20____, before me, the undersigned notary public, personally appeared _____ ☐ personally known to the notary or ☐ proved to the notary through satisfactory evidence of identification, which was _____, to be the person who signed above in my presence, and who swore or affirmed to the notary that the contents of the document are truthful to the best of his or her knowledge.

Notary Public: _____
My commission expires: _____
Notary identification number: _____

Page 2 of 2

SC-CMS-1 (revised July 2020)

Case 1:22-cv-00078-JJM-PAS   Document 1-1   Filed 02/16/22   Page 22 of 24 PageID #: 29



# STATE OF RHODE ISLAND

## SUPERIOR COURT

### SUMMONS



| | |
|---|---|
| | **Civil Action File Number**<br>PC-2021-06472 |
| **Plaintiff**<br>Nurys Ventura<br> v.<br>Robert Turner et al.<br>**Defendant** | **Attorney for the Plaintiff or the Plaintiff**<br>Thomas L. Moran |
| | **Address of the Plaintiff's Attorney or the Plaintiff**<br>685 WESTMINSTER STREET<br>PROVIDENCE RI 02903 |
| Licht Judicial Complex<br>Providence/Bristol County<br>250 Benefit Street<br>Providence RI 02903<br>(401) 222-3250 | **Address of the Defendant**<br>c/o Registered Agent CT Corporation System<br>450 Veterans Memorial Parkway Suite 7A RI 02914 |

**TO THE DEFENDANT, Uber Technologies, Inc.:**

The above-named Plaintiff has brought an action against you in said Superior Court in the county indicated above. You are hereby summoned and required to serve upon the Plaintiff's attorney, whose address is listed above, an answer to the complaint which is herewith served upon you within twenty (20) days after service of this Summons upon you, exclusive of the day of service.

If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Your answer must also be filed with the court.

As provided in Rule 13(a) of the Superior Court Rules of Civil Procedure, unless the relief demanded in the complaint is for damage arising out of your ownership, maintenance, operation, or control of a motor vehicle, or unless otherwise provided in Rule 13(a), your answer must state as a counterclaim any related claim which you may have against the Plaintiff, or you will thereafter be barred from making such claim in any other action.

| | |
|---|---|
| This Summons was generated on 10/18/2021. | /s/ Stephen Burke<br>Clerk |

Witness the seal/watermark of the Superior Court

SC-CMS-1 (revised July 2020)

Case Number: PC-2021-06472
Filed in Providence/Bristol County Superior Court
Submitted: 1/19/2022 3:28 PM
Envelope: 3452637
Reviewer: Victoria H

Case 1:22-cv-00078-JJM-PAS   Document 1-1   Filed 02/16/22   Page 23 of 24 PageID #: 30



# STATE OF RHODE ISLAND

## SUPERIOR COURT

| | |
|---|---|
| **Plaintiff**<br>Nurys Ventura<br>v.<br>Robert Turner et al.<br>**Defendant** | **Civil Action File Number**<br>PC-2021-06472 |

### PROOF OF SERVICE

I hereby certify that on the date below I served a copy of this Summons, complaint, Language Assistance Notice, and all other required documents received herewith upon the Defendant, Uber Technologies, Inc., by delivering or leaving said papers in the following manner:

☐ With the Defendant personally.

☐ At the Defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person of suitable age and discretion _____

Address of dwelling house or usual place of abode _____

Age _____

Relationship to the Defendant _____

☒ With an agent authorized by appointment or by law to receive service of process.

Name of authorized agent _C T Corp_

If the agent is one designated by statute to receive service, further notice as required by statute was given as noted below.

_____

☐ With a guardian or conservator of the Defendant.

Name of person and designation _____

☐ By delivering said papers to the attorney general or an assistant attorney general if serving the state.

☐ Upon a public corporation, body, or authority by delivering said papers to any officer, director, or manager.

Name of person and designation _____

Page 1 of 2

SC-CMS-1 (revised July 2020)



# STATE OF RHODE ISLAND

## SUPERIOR COURT

Upon a private corporation, domestic or foreign:

☐ By delivering said papers to an officer or a managing or general agent.

    Name of person and designation _____

☐ By leaving said papers at the office of the corporation with a person employed therein.

    Name of person and designation _____

☐ By delivering said papers to an agent authorized by appointment or by law to receive service of process.

Name of authorized agent _____

If the agent is one designated by statute to receive service, further notice as required by statute was given as noted below.

_____

☐ I was unable to make service after the following reasonable attempts: _____

_____

_____

| SERVICE DATE: | 1 / 13 / 22 | SERVICE FEE $ | 6a |
|---|---|---|---|
| | Month  Day  Year | | |

Signature of SHERIFF or DEPUTY SHERIFF or CONSTABLE

SIGNATURE OF PERSON OTHER THAN A SHERIFF or DEPUTY SHERIFF or CONSTABLE MUST BE NOTARIZED.

Signature _____

State of _____

County of _____

**Constable**
**Robert Serrecchia**
**Lic. # 6107**

On this _____ day of _____ 20____ before me, the undersigned notary public, personally appeared _____ ☐ personally known to the notary or ☐ proved to the notary through satisfactory evidence of identification, which was _____ to be the person who signed above in my presence, and who swore or affirmed to the notary that the contents of the document are truthful to the best of his or her knowledge.

Notary Public: _____

My commission expires: _____

Notary identification number: _____

Page 2 of 2

SC-CMS-1 (revised July 2020)